UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERNANDO CASTILLO,

                Plaintiff,

-v-

DANIELS SHARPSMART, INC.,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 8060 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 8). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Thursday, February 2, 2023 at 11:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:     New York, New York
             January 19, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
United States Magistrate Judge