UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERNANDO CASTILLO,

                Plaintiff,

-v-

DANIELS SHARPSMART, INC.,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 8060 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, February 2, 2023, by **March 6, 2023**, the parties shall file a joint letter proposing three (3) dates when all parties are available for a settlement conference and advising as to their preferred format for the settlement conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:    New York, New York
            February 2, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge