UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERNANDO CASTILLO,

                Plaintiff,

-v-

DANIELS SHARPSMART, INC.,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 8060 (VSB) (SLC)

**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 21 is GRANTED, and the settlement conference scheduled for June 7, 2023 is ADJOURNED to **Friday, August 4, 2023 at 10:00 am** and will take place by videoconference hosted by the Court through the Microsoft Teams platform. The Court will provide a link prior to the settlement conference.

The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 14 at 4–6) remains in effect. The submissions required by paragraph 4 of the Standing Order shall be emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel by **July 31, 2023**. The parties are reminded to include the Attendance Acknowledgement form annexed to the Standing Order (id. at 7).

Dated:      New York, New York
               May 11, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**