UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERNANDO CASTILLO,

                Plaintiff,

-v-

DANIELS SHARPSMART, INC.,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 8060 (VSB) (SLC)

**SECOND AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 32 is GRANTED, and the settlement conference scheduled for March 21, 2024 is ADJOURNED to **Wednesday, May 15, 2024 at 10:00 am** and will take place by videoconference hosted by the Court through the Microsoft Teams platform. The Court will provide a link prior to the settlement conference.

The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 14 at 4–6) remains in effect. The submissions required by paragraph 4 of the Standing Order shall be emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel by **March 15, 2024**. The parties are reminded to include the Attendance Acknowledgement form annexed to the Standing Order (id. at 7).

To the extent the parties seek an extension of the expert discovery deadline, they must address any such request to the Honorable Arun Subramanian.

The Clerk of Court is respectfully directed to close ECF No. 32.

Dated:    New York, New York
           March 6, 2024

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**