UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERNANDO CASTILLO,

                         Plaintiff,

            -against-

DANIELS SHARPSMART, INC., et al.,

                         Defendants.

22-CV-8060 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Discovery in this case closed on April 15, 2024. There is a status conference set for April 19, 2024, at 4:30 PM. By Thursday, April 18, 2024, at 10:00 AM, the parties should file a joint letter updating the Court on the status of the case, including whether either party intends to move for summary judgment. If either party intends to do so, the parties should also propose a briefing schedule for summary judgment.

    SO ORDERED.

Dated: April 16, 2024
       New York, New York

                                        _____
                                        ARUN SUBRAMANIAN
                                        United States District Judge